UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES GRADFORD, JR., | No. 2:25-cv-01955-DAD-DMC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| U.S. DISTRICT COURT, et al., | |
| Defendants. | (Doc. No. 9) |

Plaintiff William James Gradford, Jr. is a former county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2025, the assigned magistrate judge ordered plaintiff to submit either a completed application for leave to proceed *in forma pauperis* or the requisite filing fee. (Doc. No. 4 at 2.) Plaintiff has not since filed an application and has not paid the requisite filing fee. Accordingly, on September 4, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders. (Doc. No. 9.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) On

/////

1

September 18, 2025, plaintiff filed his objections to the pending findings and recommendations. (Doc. No. 10.)

Plaintiff's objections are difficult to decipher but appear to pertain to whether his complaint could be consolidated with a case which was dismissed approximately seven years ago. (*Id.* at 1) (citing *Gradford v. McDougall*, No. 1:17-cv-00575-DAD-GSA (E.D. Cal.)).  Plaintiff's objections do not, however, contain a completed application for leave to proceed *in forma pauperis* nor does the docket reflect plaintiff having paid the requisite filing fee.  Therefore, plaintiff's objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on September 4, 2025 (Doc. No. 4) are ADOPTED in full;

2.    This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2026**                    _____
                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE

2